SHANA WILSON-KELLY
503 Craig Avenue
Richmond, Virginia 23222

U.S. Bankruptcy Court
200 S. Washington St.
Alexandria, VA 22314-5405

```
┌─────────────────────────────┐
│    RICHMOND DIVISION        │
│  F  ┌─────────────────┐  F  │
│  I  │                 │  I  │
│  L  │   NOV - 8 2021  │  L  │
│  E  │                 │  E  │
│  D  └─────────────────┘  D  │
│            CLERK            │
│     U.S. BANKRUPTCY COURT   │
└─────────────────────────────┘
```

9/27/2021

RE: You violated the United States Code Law

15 U.S Code 1681 a (4) Consumer Right to privacy this Bankruptcy shouldn't be on my credit report

15 U.S Code 1681b – Permissible purposes of consumer reports I never gave you any written consent to report anything on my consumer report no consent is identity theft.

Reference # 153186MMC
I, SHANA WILSON-KELLY am furious to find out that my bankruptcy with this court is being reported to the credit Bureaus without my consent. I find this matter very private. I would like you to verify that you DID NOT share my bankruptcy information with the credit bureaus and they did not in no way shape or form get the information from you? If you did not provide the Credit Bureau's my information, then please tell me how they got my bankruptcy information?

I don't recognize this public record so I contacted the courts and they stated that the information I gave them didn't matched that I ever filed bankruptcy in their courts; please provide proof from the court of this public record. I never file bankruptcy ever in my life. This public record on my report is inaccurate and I demand that it gets deleted immediately for violation of my right to privacy FCRA 15 U.S Code 1681b (2) and you didn't have permissible purpose to furnish this information on my consumer report; and violation of FCRA 15 U.S Code 1681i Procedure in case of disputed accuracy; if this is not completed within 4 days, I will file a CFPB, FTC, BBB and Attorney General complaint. This public record has also caused me in availing housing and even in my Employment.

1. 15 U.S Code 1681 a (4) Consumer Right to privacy. Consumer Right to privacy this Bankruptcy shouldn't be on my credit report you shared my personal Information without my consent. This is identity theft you are criminally and CIVILLY LIABLE
   Chapter 7 Bankruptcy
   Case Number: 2032987

   DISCOVERBANK
   Account Number: 60110076****

   LOANCARE LLC
   Account Number: 623004639****

   CAP1/BERGD
   Account Number: 5217872****

GS BANK USA
Account Number: 110001112891\*\*\*\*

CB/WAYFAIR
Account Number: 778850202089\*\*\*\*

CAPITAL ONE
Account Number: 51780597\*\*\*\*

NORDSTM/TD
Account Number: 414721104712\*\*\*\*

These accounts are inaccurate and fraudulent. I'm seeking Litigation. Please delete at once.


Sincerely yours,

*Shana Wilson*
Shana Wilson-Kelly